IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>   v.<br><br>JOSE ISRAEL ROBLEDO,<br><br>                  Defendant. | **8:24CR6**<br><br><br>**ORDER** |

      This matter is before the Court on the Unopposed Motion to Continue Trial (Filing No. 22). The parties remain in plea negotiations and need additional time to resolve the case without a trial. For good cause shown,

      IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 22) is granted, in part, as follows:

1. The jury trial now set for August 26, 2024, is continued to **September 30, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 30, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 16th day of August, 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge